# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Courtney Greenwood**

       Plaintiff(s)

vs.                       **CASE NUMBER: 8:21-cv-65 (TJM/DEP)**

**Kilolo Kijakazi**
Acting Commissioner of Social Security

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   The Report-Recommendation of Magistrate Judge Peebles, dkt. # 21, is hereby ACCEPTED and ADOPTED. The Plaintiffs motion for judgment on the pleadings, dkt. 13, is hereby GRANTED. Defendants motion for judgment on the pleadings, dkt. # 14 hereby DENIED. The Commissioners decision is hereby VACATED, and this matter is remanded to the Commissioner for further proceedings consistent with the findings of Judge Peebles Report-Recommendation. The Court declines to recommend reassignment to a different ALJ.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 27th day of September, 2022.

DATED: September 28, 2022

*[signature]*
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk