# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Courtney Greenwood**

       Plaintiff(s)

vs.                               **CASE NUMBER: 8:21-cv-65 (TJM/DEP)**

**Kilolo Kijakazi**

       Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDER granting Stipulation and Order for Payment of Fees under the Equal Access to Justice Act re 24.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 26th day of October, 2022.

DATED: October 26, 2022

*[Signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk